**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6073**

PAUL R. BEST, JR., a/k/a Paul Rawling Best, Jr.,

       Plaintiff - Appellant,

    v.

SGT. SOMMERS; CO MITCHELL; CO SHOLER; CO CUMMINGHAM; CO CALLOWAY; DEPUTY RAWLS; MAJOR LEGGINGS; CO HARRIS; CO GRADY; DOCTOR ON DUTY; CO WANNAMAKER,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Mary G. Lewis, District Judge.  (1:23-cv-05539-MGL)

Submitted:  June 13, 2024                        Decided:  June 18, 2024

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Paul R. Best, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul R. Best, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Best's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.[*] *Best v. Sommers*, No. 1:23-cv-05539-MGL (D.S.C. Jan. 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's judgment dismissed the complaint without prejudice.